IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-34-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT |
| MELISSA A. SOWERS, | ) | |
| Defendant. | ) | |

By consent of the parties, it is ORDERED that plaintiff have and recover from the defendant the principal sum of $9,619.07 with interest through August 21, 2009 in the amount of $9,549.15, plus interest thereon at the rate of 3.58%, up through the date of entry of this judgment, AND the second principal sum of $5,682.26 with interest through August 21, 2009 in the amount of $5,356.56, plus interest thereon at the rate of 3.28%, up through the date of entry of this judgment for a total amount of $30,207.04 plus court cost in the amount of $350.00, and all future cost. This order shall bear interest after entry at the rate, under law, of .30 % per annum.

This the 25 day of June, 2010.

James C. Fox
UNITED STATES DISTRICT JUDGE
Eastern District of North Carolina